**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION AT DAYTON**

United States of America,

        Plaintiff,                            Case 3:21-po-034

   -vs-                                     Magistrate Judge Gentry

ADRIAN PALMA,

        Defendant.

**ORDER**

Upon motion by the Government, subsequent to a plea of guilty by the Defendant to a violation of 18 U.S.C. § 113(a)(5), I hereby order restitution to the victim of this offense, Ms. C.A., in accordance with 18 U.S.C. § 3663A. The Defendant will pay to Ms. C.A. an amount of $15.00 restitution to reimburse Ms. C.A. for the cost of transportation and other expenses incurred during participation in the investigation or prosecution of the offense or attendance at proceedings related to the offense.

IT IS SO ORDERED.

Date: February 6, 2023

Caroline H. Gentry
United States Magistrate Judge